UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLIEGH SCHEXNAYDER, et al., <br> Plaintiffs, <br> v. <br> M. RIOS, et al., <br> Defendants. | Case No. 22-cv-01094-HSG <br><br> **ORDER OF TRANSFER** |

Plaintiffs, inmates housed at United States Penitentiary – Tuscon in Tuscon, Arizona, have filed an action against M. Rios, the regional director of the Federal Bureau of Prisons, and the Unknown Transgender Executive Committee, both of whom he alleges are located in Stockton, California.[1] Dkt. No. 1. Plaintiffs are transgender inmates, identifying as female, housed in a facility for male inmates. Both plaintiffs have female features and have been subject to sexual harassment and threats from the male inmates. Plaintiffs allege that Defendants have placed them at substantial risk of harm by housing them with male inmates rather than female inmates. *See generally* Dkt. No. 1. Plaintiffs have also filed a request for a temporary restraining order to transfer both plaintiffs to Federal Correctional Institute – Aliceville, an all-women facility, and to not be placed in the special housing unit at USP-Tuscon. Dkt. No. 6.

Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). None of the defendants reside in this district and the relevant events – the alleged

---

[1] The Clerk has informed Plaintiffs that this action is deficient because they have not paid the filing fee or obtained leave to proceed *in forma pauperis*. Dkt. Nos. 4, 5.

failure to keep Plaintiffs safe – did not occur in this district.  Plaintiffs reside in Arizona; the relevant events occurred in Arizona; and none of the named defendants reside in this district.  Venue therefore properly lies in the District of Arizona.  *See* 28 U.S.C. §§ 83, 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the District of Arizona.

**IT IS SO ORDERED.**

Dated: 2/23/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

2